AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>GRACYN DAWN COURTRIGHT<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00082
Assigned To : Faruqui, Zia M.
Assign. Date : 1/16/2021
Description: Complaint w/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ District of _____Columbia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. 1752 (a)(2) | Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2)(D), (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |
| 18 U.S.C. 641 | Theft of Government Property (under $1,000) |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mariam Hanna--Special Agent (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: _____01/16/2021_____

2021.01.16
12:50:38 -05'00'
*Judge's signature*

City and state: _____Washington, D.C._____

Zia   M.   Faruqui, U.S. Magistrate Judge
*Printed name and title*