UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OS AMERICA            :

      v.                                         : Cr.No. 21-MJ-82(ZMF)

GRAYCYN DAWN COURTWRIGHT       :

      Defendant                            :

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the defendant in the above captioned case *nunc pro tunc,* January 27, 2021

                                              _____/s/_____
Thomas Abbenante Bar. No. 227935
888 17th Street NW
10th Floor
Washington, DC 20006
202-223-6539
tabbenante@aol.com